*In re* **ROSS**, JACQUELINE F. (MR 17404)
Chicago, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission for leave to file exceptions to the report and recommenda tion of the Review Board is allowed. Respondent Jacqueline F. Ross is suspended from the practice of law for 60 days.

Respondent Jacqueline F. Ross shall reimburse the Disciplinary Fund for any Client Protection payments arising from her conduct prior to the termination of the period of suspension.